# UNITED STATES DISTRICT COURT

**Eastern**  District of  **California**

| | |
|---|---|
| MARY KATHERINE MUSSENDEN, | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| Plaintiff | |
| V. | |
| COMMISSIONER OF SOCIAL SECURITY | CASE NUMBER: 1:10-at-01008 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   13th   day of   December  ,   2010  .

/s/ Gary S. Austin
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer