IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MUSSENDEN, ) | 1:10cv02313 LJO DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| Plaintiff, ) | |
| ) | (Document 17) |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    On December 10, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

    On November 4, 2011, the Magistrate Judge issued Findings and Recommendations that Plaintiff's appeal be GRANTED and the action be REMANDED for further proceedings. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days. No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued November 4, 2011, are ADOPTED IN FULL;
2. Plaintiff's appeal is GRANTED; and
3. The action is REMANDED for further administrative proceedings.

This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:  **December 9, 2011**                     /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE

2